Henry M. BEHRE, Plaintiff-Appellant, v. INTERNATIONAL PROJECTOR CORPORATION, Defendant-Appellee.

No. 343.

Circuit Court of Appeals, Second Circuit.

April 6, 1931.

Manton Marks, of New York City, for appellant.

Bruce R. Tuttle, of New York City (N. A. Smyth and J. H. O'Connell, both of New York City, of counsel), for appellee.

Before MANTON, L. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Judgment affirmed.

Gust BESTE v. UNITED STATES of America.

No. 5676.

Circuit Court of Appeals, Sixth Circuit.

Dec. 3, 1930.

Edw. J. Dwyer and W. J. Hennes, both of Detroit, Mich., for appellant.

John R. Watkins, U. S. Atty., of Detroit, Mich.

PER CURIAM.

Judgment of District Court affirmed by court order.

B–LINE BOILER CO. v. BRYANT HEATER & MFG. CO.

Nos. 5656, 5657.

Circuit Court of Appeals, Sixth Circuit.

Jan. 6, 1931.

Brockett, Hyde, Higley & Meyer, of Cleveland, Ohio, for appellant.

Kwis, Hudson & Kent, of Cleveland, Ohio, for appellee.

PER CURIAM.

Dismissed by court order, pursuant to stipulation of counsel.

J. L. BRADSHAW v. UNITED STATES of America.

No. 5701.

Circuit Court of Appeals, Sixth Circuit.

June 11, 1930.

Floyd Estill, of Chattanooga, Tenn., for appellant.

W. J. Carter, U. S. Atty., of Knoxville, Tenn.

PER CURIAM.

Docketed and dismissed by court order, pursuant to motion of counsel for appellee.

BUCKEYE ENGINE CO. v. COMMISSIONER OF INTERNAL REVENUE.

No. 5566.

Circuit Court of Appeals, Sixth Circuit.

Nov. 7, 1930.

Luther Day and Orville Smith, both of Cleveland, Ohio, and Harry J. Gerrity, of Washington, D. C., for petitioner.

C. M. Charest, of Washington, D. C., for respondent.

PER CURIAM.

Dismissed by court order pursuant to stipulation of counsel.